# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**FILED**
August 19, 2008

Charles R. Fulbruge III
Clerk

---

No. 07-41035
Conference Calendar

---

D.C. Docket No. 1:07-CV-491

KEITH RUSSELL JUDD

          Petitioner - Appellant

  v.

JOHN B FOX, Warden

          Respondent - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

It is further ordered that Judd pay a sanction in the amount of $500.00 to the Clerk of this Court; and he is barred from filing in this court or in any court subject to this court's jurisdiction, any challenge to his conviction or sentence until all sanctions in all his actions are paid in full, unless he first obtains leave of the court in which he seeks to file such challenge. Even after satisfaction of all sanction orders, Judd may not file any civil action in a district court of this circuit or any pleading or notice of appeal with this court, without first obtaining leave of the court in which he seeks to file such action, pleading, or notice. When seeking leave of court, Judd must certify that the claim he wishes to present is a new one that has never before either been raised and disposed of on the

merits or remains pending, in any federal court. Upon failure thus to certify or upon false certification, Judd may be found in contempt of court and punished accordingly. Judd is cautioned that filing any frivolous or repetitive action or challenge to his conviction or sentence, in this court or any court subject to this court's jurisdiction will subject him to additional and progressively more severe sanctions.

ISSUED AS MANDATE:

**A True Copy**
  **Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By: _____**
   **Deputy**

**New Orleans, Louisiana**